# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  DESIGNATION OF CHAIR AND    :   NO. 427
                                                   :
VICE-CHAIR OF THE MINOR JUDICIARY:   MAGISTERIAL RULES DOCKET
                                                   :
EDUCATION BOARD                     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of September, 2018, Magisterial District Judge Denise Snyder Thiel is hereby designated as Chair, and Magisterial District Judge Karen Eisner Zucker is designated as Vice-Chair, of the Minor Judiciary Education Board, commencing November 2, 2018.